# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

GREGORY DAMM, #24016111 §
§
v. § CIVIL ACTION NO. 3:24-CV-2132-S-BW
§
MARIAM BROWN, et al. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's Application to Proceed In Forma Pauperis [ECF No. 7] is **DENIED**. By separate judgment, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g).

**SO ORDERED.**

SIGNED January 22, 2025.

_____
**UNITED STATES DISTRICT JUDGE**